SAMUEL  SLOAN  v.  ARTHUR  H.  GRIMSHAW.

Plans  of an  architect for the erection of a building are not matters prop-
  erly chargeable in a book account, or to be proved by a copy of it ap-
  pended to an affidavit of a cause of action.

THE  action  in  this  case  was  on  a  book  account  which was as follows :

DR.  GRIMSHAW, Wilmington, Del., Dr.

To making plans for alteration for changing Semi-
    nary building into two  dwelling  houses, Wil-
    mington, Del.,      -         -         -      -        $100.00

The plaintiff's affidavit of the cause of action duly taken and annexed to it, stated that the foregoing account which purported  to  be  a  copy of his  book of  original  entries, was  the  cause  of action in the suit, and that the sum de- manded with interest to date he  verily believed was justly and truly due &c.

*Bird,* for the plaintiff, now, at the first term moved for judgment thereon in favor of the plaintiff for the want of an affidavit of defence to it by the defendant.

*Whitely,* for the defendant, objected to the entry of judgment upon it,because the item was not a matter properly chargeable in a book account, or properly to be proved by a copy of it under the statute in relation to judgments on such affidavits.

*The Court* so considered and refused to enter judgment upon it.